1  MICHELLE VISSER (SBN 277509)
   mvisser@orrick.com
2  SARAH N. DAVIS (SBN 275145)
   sdavis@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
4  San Francisco, CA  94105-2669
   Telephone:   +1 415 773 5700
5  Facsimile:   +1 415 773 5759

6  Attorneys for Defendant
   Meta Platforms, Inc.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARVELLE J. "JAY" BALLENTINE | Case No. 3:25-cv-7671-CRB
12 | Plaintiff, | **STIPULATION FOR EXTENSION OF DEFENDANT META PLATFORMS, INC.'S TIME TO RESPOND TO COMPLAINT**
13 | v. |
14 | META PLATFORMS, INC., and ACCENTURE LLP |
15 |  |
16 | Defendants. |

STIPULATION TO EXTEND DEFENDANT
META PLATFORMS, INC.'S TIME TO
RESPOND
3:25-cv-7671-CRB

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  Pursuant to Civil Local Rule 6-1(a), Plaintiff Marvelle J. "Jay" Ballentine ("Plaintiff") and
2  Defendant Meta Platforms, Inc. ("Meta") (collectively, the "Parties") hereby stipulate and agree as
3  follows.

4  WHEREAS, on September 9, 2025, Plaintiff filed a Complaint against Meta in the United
5  States District Court for Northern District of California.

6  WHEREAS, on September 10, 2025, Plaintiff served his Summons and Complaint on Meta.

7  WHEREAS, Meta's current deadline to respond to the Complaint is October 1, 2025.

8  WHEREAS, the Parties have conferred and agreed that there is good cause to extend Meta's
9  deadline to respond to the Complaint by 14 days until October 15, 2025.

10 WHEREAS, the stipulated extension will not alter the date of any event or deadline already
11 fixed by Court order.

12 NOW, THEREFORE, pursuant to Civil Local Rule 6-1(a), the Parties hereby stipulate and
13 agree that the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint shall
14 be October 15, 2025.

15 **IT IS SO STIPULATED.**

17 Dated: September 25, 2025

By: */s/ Michelle Visser*
MICHELLE VISSER

ORRICK, HERRINGTON & SUTCLIFFE LLP

Attorney for Defendant Meta Platforms, Inc.

Dated: September 23, 2025

By: /s/ Marvelle J. Ballentine
MARVELLE J. "JAY" BALLENTINE
Plaintiff, *pro se*

ORRICK, HERRINGTON & SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIPULATION TO EXTEND DEFENDANT
META PLATFORMS, INC.'S TIME TO
RESPOND
3:25-CV-7671-CRB

## **CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated:  September 25, 2025     By:  */s/ Michelle Visser*
                                        MICHELLE VISSER