Marvelle J. "Jay" Ballentine
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
(407) 794-6503
jayballentine@protonmail.com
Plaintiff, pro se

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELLE J. "JAY" BALLENTINE ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> META PLATFORMS, INC., and ) <br> ACCENTURE LLP ) <br> ) <br> Defendant(s) ) <br> ) <br> ) | Case No.: 3:25-cv-07671-CRB <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR TARGETED PRESERVATION ORDER (META PLATFORMS, INC.)** |

Plaintiff's Motion for Targeted Preservation Order came before the Court. Having considered the papers and the record, and good cause appearing, the Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b) and ORDERS as follows:

1. *Preservation-Only Order.* The motion is GRANTED. This Order is limited to preservation of existence-level, non-content artifacts tied to the July 4, 2022 enforcement event and the immediate appeal/final human review. No production of documents, ESI, or contents is required by this Order.

2. *Definitions for Scope Only.* For purposes of preservation scope only (not production), the following definitions apply as set forth in Paragraph 8 of Plaintiff's motion: "CyberTipline Report," "Transmit," "Plaintiff's Account Identifiers," and "Account-Level Enforcement Event." These definitions delineate preservation scope only and do not compel production or constitute admissions.

3. *Temporal Scope and System Focus.* Preservation is limited to July 1 through August 10, 2022, keyed to Plaintiff's Account Identifiers. Meta shall suspend routine

1

ORDER GRANTING PLAINTIFF'S MOTION FOR TARGETED PRESERVATION ORDER (META PLATFORMS, INC.)

deletion/rotation only for the specific systems/logs necessary to capture the existence-level items identified in this Order for that window.

    4.    *Existence-Level Categories to Preserve.* Meta shall preserve records sufficient to show, without contents:

    (a) *CyberTip Generation/Transmission (Existence Only):* whether any CyberTipline report tied to the July 4, 2022 enforcement was generated and/or transmitted, including existence of internal report identifiers, queue/outbox events, and transmission timestamps;

    (b) *Reportability Decision (Existence Only):* the internal "reportable/non-reportable" decision status and any associated audit flagging for that enforcement; and

    (c) *Appeal/Final Human Review Audit Trail (Existence Only):* timestamps and reviewer-role identifiers sufficient to confirm the immediate appeal/final human review occurred (excluding review notes, rationale text, or content).

    5.    *Two-Step Rule 26(g) Certifications.*

    (a) Within seven (7) days of this Order, Meta shall serve a certification signed under Rule 26(g) confirming that litigation holds covering the systems/custodians necessary to preserve the items in Paragraph 4 have been implemented.

    (b) Within fourteen (14) days of this Order, Meta shall serve a certification signed under Rule 26(g) either

        (i) confirming that the existence-level records described in Paragraph 4 are preserved; or

        (ii) identifying the specific systems and custodians placed under hold sufficient to capture those items.

    6.    *Confidentiality Handling.* Any existence-level identifiers referenced in certifications or preservation notices (e.g., internal report IDs or log IDs) may be designated CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER and handled accordingly.

2

ORDER GRANTING PLAINTIFF'S MOTION FOR TARGETED PRESERVATION ORDER (META PLATFORMS, INC.)

7. *No Waiver / No New Records.* Compliance with this Order does not waive any party's objections to relevance, proportionality, admissibility, or privilege, and does not require creation of new records beyond reasonable steps necessary to suspend deletion/rotation and preserve existing existence-level artifacts.

8. *Duration.* This preservation Order remains in effect until further order of the Court or written agreement of the parties approved by the Court.

IT IS SO ORDERED.

Dated: _____, 2025

                                              Hon. Charles R. Breyer
                                              United States District Judge

3

ORDER GRANTING PLAINTIFF'S MOTION FOR TARGETED PRESERVATION ORDER (META PLATFORMS, INC.)