Marvelle J. "Jay" Ballentine
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
(407) 794-6503
jayballentine@protonmail.com
Plaintiff, pro se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELLE J. "JAY" BALLENTINE ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> META PLATFORMS, INC., and ) <br> ACCENTURE LLP ) <br> ) <br> Defendant(s) ) <br> ) | Case No.: 3:25-cv-07671-CRB <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR TARGETED PRESERVATION ORDER (ACCENTURE LLP)** |

Plaintiff's Motion for Targeted Preservation Order came before the Court. Having considered the papers and the record, and good cause appearing, the Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b) and ORDERS as follows:

1. *Preservation-Only Order.* The motion is GRANTED. This Order is limited to preservation of existence-level, non-content artifacts tied to Final Human Review activities in 2022, including July 4, 2022. No production of documents, ESI, or contents is required by this Order.

2. *Definitions for Scope Only.* For purposes of preservation scope only (not production), the following definitions apply as set forth in Paragraph 8 of Plaintiff's motion: "Final Human Review," "Review Session Telemetry," "Asset-to-Reviewer Mapping," "Meta-Provided Tools," and "Plaintiff's Account Identifiers." These definitions delineate preservation scope only and do not compel production or constitute admissions.

3. *Temporal Scope and System Focus.* Preservation is limited to calendar year 2022, with express inclusion of July 4, 2022, keyed to Plaintiff's Account Identifiers. Accenture shall

suspend routine deletion/rotation only for the specific systems/logs necessary to capture the existence-level items identified in this Order for that window.

4. *Existence-Level Categories to Preserve.* Accenture shall preserve records sufficient to show, without contents:

(a) *Review Session Telemetry (Existence Only):* reviewer-role identifiers, session start/stop times, asset-render events, and decision timestamps for Final Human Reviews conducted in 2022, including July 4, 2022 (excluding any review notes, rationale text, or content);

(b) *Asset-to-Reviewer Mapping (Existence Only):* which identity-revealing materials were displayed to which reviewer-role identifiers during Final Human Review in 2022 (excluding image contents); and

(c) *Tool-Access Logs (Existence Only):* Accenture personnel access to Meta-provided tools and systems used for Final Human Review in 2022 (excluding query contents).

5. *Two-Step Rule 26(g) Certifications.*

(a) Within seven (7) days of this Order, Accenture shall serve a certification signed under Rule 26(g) confirming that litigation holds covering the systems/custodians necessary to preserve the items in Paragraph 4 have been implemented.

(b) Within fourteen (14) days of this Order, Accenture shall serve a certification signed under Rule 26(g) either

(i) confirming that the existence-level records described in Paragraph 4 are preserved; or

(ii) identifying the specific systems and custodians placed under hold sufficient to capture those items.

6. *Confidentiality Handling.* Any existence-level identifiers referenced in certifications or preservation notices (e.g., session IDs, system names) may be designated CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER and handled accordingly.

7. *No Waiver / No New Records.* Compliance with this Order does not waive any party's objections to relevance, proportionality, admissibility, or privilege, and does not require creation of new records beyond reasonable steps necessary to suspend deletion/rotation and preserve existing existence-level artifacts.

8. *Duration.* This preservation Order remains in effect until further order of the Court or written agreement of the parties approved by the Court.

IT IS SO ORDERED.

Dated: _____, 2025

                                                                           Hon. Charles R. Breyer
                                                                           United States District Judge