Marvelle J. "Jay" Ballentine
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
(407) 794-6503
jayballentine@protonmail.com
Plaintiff, pro se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELLE J. "JAY" BALLENTINE    ) | Case No.: 3:25-cv-07671-CRB |
|                                ) | |
|             Plaintiff,         ) | **DECLARATION OF MARVELLE J. "JAY"** |
| vs.                             ) | **BALLENTINE** |
|                                ) | |
| META PLATFORMS, INC., and       ) | |
| ACCENTURE LLP                   ) | |
|                                ) | |
|             Defendant(s)       ) | |
|                                ) | |

---

1

DECLARATION OF MARVELLE J. "JAY" BALLENTINE

I, Marvelle J. "Jay" Ballentine, declare:

1. I am the plaintiff in this action, over 18 years old, and make this declaration based on personal knowledge. If called as a witness, I could testify competently to these facts.

2. On October 16, 2025, Accenture's first motion to dismiss contained language at page 11 suggesting I violated child protection laws—society's gravest accusation.

3. On October 24, 2025, I emailed Accenture's counsel directly challenging this suggestion and requesting they clarify in their next filing that they do not contend I violated any child protection laws.

4. On October 28, 2025, Accenture's counsel responded, suddenly claiming they "never suggested—explicitly or implicitly" any child protection violation occurred. They admitted they "expressly acknowledged" my complaint "adequately alleges" no CSE violation. They promised "reinforcing language" in their next motion.

5. On October 31, 2025, Accenture filed their second motion. Now they argue my ban was for undefined "other standards"—which they cannot identify after three years—while confirming "Ballentine alleges there was no CSE violation associated with his account."

6. Accenture went from implying child exploitation, to denying they ever implied it, to claiming some other unspecified violation—all within fifteen days of being confronted.

7. I submit this declaration to preserve Accenture's shifting positions in the record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 3, 2025

*/s/ Marvelle J. "Jay" Ballentine*

Marvelle J. "Jay" Ballentine
Plaintiff, pro se