## Preservation Compliance—Account Identifier (Email Only)

| | |
|---|---|
| From | jayballentine@protonmail.com <jayballentine@protonmail.com> |
| To | Davis, Sarah<sdavis@orrick.com>, Visser, Michelle<mvisser@orrick.com>, Anderson, Devin S.<devin.anderson@kirkland.com>, Keegan, Chris<chris.keegan@kirkland.com> |
| Date | Monday, October 20th, 2025 at 7:16 PM |

**EXHIBIT B**

Counsel,

In compliance with Dkt. 25 and to facilitate preservation, Plaintiff provides the following account identifier for the Facebook account at issue: ▉▉▉▉▉▉▉▉

This identifier is produced solely for preservation and search scoping necessary to comply with Dkt. 25 and is not a waiver of privacy, authentication, or any discovery scope objection.

This production is made without prejudice to Plaintiff's position that Defendants had sufficient information to implement preservation as of April 24, 2025.

Please confirm today (i) receipt, and (ii) that Meta has implemented litigation holds and collection locks using this identifier across systems reasonably likely to contain relevant data.

Regards,

—M.J. "Jay" Ballentine

*(Order: Dkt. 25; meet by Oct. 31; joint status by Nov. 4.)*