# October 31 Preservation Conferral – Summary and Stipulation Requests Under Dkt. 25

| | |
|---|---|
| From | jayballentine@protonmail.com <jayballentine@protonmail.com> |
| To | Davis, Sarah<sdavis@orrick.com>, Visser, Michelle<mvisser@orrick.com>, Alleva, Daniel<dalleva@orrick.com>, Anderson, Devin S.<devin.anderson@kirkland.com>, Keegan, Chris<chris.keegan@kirkland.com> |
| Date | Friday, October 31st, 2025 at 2:12 PM |

**EXHIBIT C**

Counsel,

This memorializes the October 31 preservation meet-and-confer held under Dkt. 25. At the outset of the call, Plaintiff requested that the session proceed in sequential, defendant-specific segments (Meta first, then Accenture) to ensure parity as a self-represented party. Defendants declined, and the parties proceeded in joint format. This will be reflected in the November 4 joint status report.

**Identifier provided for preservation scoping:** [redacted]
(Produced solely for purposes of preservation under Dkt. 25; no a waiver of privacy, authentication, or scope objections.)

**Meta — M1 (asked and/or clarified three times):**

M1: *Has Meta issued or updated litigation holds using the above email to scope systems containing data related to the July 4, 2022 enforcement event, including identity-verification, appeal-review, and any CyberTipline-related decision logs?*

Recorded disposition: Meta did not confirm on the call that a hold was implemented using the identifier or that July 4, 2022 event systems are under hold.

Counsel's statement (summarized): Meta performs its ethical obligations with respect to preservation.

**Accenture — A1 and A2 (A1 asked 3x, A2 asked 1x):**

A1: Will Accenture preserve existence-level Final Human Review telemetry from 2022, including July 4, 2022 (session start/stop times, reviewer-role IDs, asset-renders, decision timestamps)?

A2: Will Accenture preserve mapping records showing which identity-revealing materials (e.g., profile photos, government IDs) were visible to which reviewer-role IDs during 2022 Final Human Review?

Counsel's statement (summarized): Accenture performs its ethical obligations regarding preservation.

Recorded disposition: Accenture did not confirm that the July 4, 2022 Final Human Review artifacts will be preserved.

**Narrow Stipulation Requests**

Please state "Agree" or "Oppose" for each Defendant.

*1. CyberTipline Existence / Date Only*

Pursuant to Rule 26(d)(1), stipulate that Plaintiff may serve one limited Rule 45 subpoena on the National Center for Missing and Exploited Children (NCMEC), limited to existence/date only:

(a) whether a CyberTipline report exists concerning Plaintiff's account/identifier for the July 4, 2022 enforcement event (yes/no); and
(b) the date of any such report.

No contents, narrative text, or substance requested. This stipulation does not open general discovery or alter any schedule.

*2. Alternative to (1):*

In lieu of a third-party subpoena, stipulate that Meta will provide within 14 days a declaration from a knowledgeable custodian stating yes/no whether any CyberTipline report exists for the July 4, 2022 event and, if yes, the date of filing.

Please respond as soon as reasonably possible with any corrections to this recap and your positions on items (1) and (2). Absent correction, this recap and your responses (or lack thereof) will be reflected verbatim in the November 4 joint status report under Dkt. 25.


Respectfully,

M. J. "Jay" Ballentine
Plaintiff, pro se