1  MICHELLE VISSER (SBN 277509)
   mvisser@orrick.com
2  SARAH N. DAVIS (SBN 275145)
   sdavis@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   405 Howard Street
4  San Francisco, CA 94105-2669
   Telephone:  +1 415 773 5700
5  Facsimile:   +1 415 773 5759

6  Attorneys for Defendant
   Meta Platforms, Inc.
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | MARVELLE J. "JAY" BALLENTINE | Case No. 3:25-cv-7671-CRB |
|---|---|
12 | Plaintiff, | **STIPULATION FOR EXTENSION OF DEFENDANT META PLATFORMS,** |
13 | v. | **INC. AND ACCENTURE LLP'S TIME TO FILE REPLY IN SUPPORT OF** |
14 | META PLATFORMS, INC., and ACCENTURE LLP | **MOTION TO DISMISS** |
15 | | |
16 | Defendants. | |

STIPULATION FOR EXTENSION OF TIME
TO FILE REPLY IN SUPPORT OF MOTION
TO DISMISS
3:25-CV-7671-CRB

ORRICK, HERRINGTON &
SUTCLIFFE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

}

1    Pursuant to Civil Local Rule 6-2, Plaintiff Marvelle J. "Jay" Ballentine ("Plaintiff"), Defendant Meta Platforms, Inc. ("Meta"), and Accenture, LLP (collectively, the "Parties") hereby stipulate and agree as follows.

WHEREAS, on October 31, 2025, both Meta and Accenture filed a Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion to Dismiss") (Dkt. Nos. 40, 41).

WHEREAS, on November 3, 2025, Plaintiff filed his Opposition to Accenture's Motion to Dismiss (Dkt. No. 44). On November 12, 2025, Plaintiff filed his Opposition to Meta's Motion to Dismiss (Dkt. No. 48).

WHEREAS, the current deadline for Meta and Accenture to file their Replies In Support of Their Motion to Dismiss is November 21, 2025.

WHEREAS, the Parties have conferred and agreed to a 14-day extension to the deadline for Meta and Accenture to file their respective Replies In Support of Their Motions to Dismiss until December 5, 2025.

WHEREAS, the hearing on the Motion to Dismiss is currently scheduled for January 30, 2026.

NOW, THEREFORE, pursuant to Civil Local Rule 6-2, the Parties hereby stipulate and agree that the deadline for Meta and Accenture to file Replies in Support of Their Motions to Dismiss Plaintiff's First Amended Complaint shall be December 5, 2025.

**IT IS SO STIPULATED.**

Dated: November 18, 2025

By: */s/ Michelle Visser*
MICHELLE VISSER

ORRICK, HERRINGTON & SUTCLIFFE LLP

Attorney for Defendant Meta Platforms, Inc.

Dated: November 18, 2025

By: */s/ Devin S. Anderson*
DEVIN S. ANDERSON

KIRKLAND AND ELLIS, LLP

Attorney for Defendant Accenture LLP

Dated: November 18, 2025

By: /s/ Marvelle J. Ballentine
MARVELLE J. "JAY" BALLENTINE
Plaintiff, *pro se*

## **CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION**

I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories hereto.

Dated: November 18, 2025

By: */s/ Michelle Visser*
MICHELLE VISSER