1  Marvelle J. "Jay" Ballentine
   7862 W. Irlo Bronson Mem. Hwy #82
2  Kissimmee, FL 34747
   (407) 794-6503 | jayballentine@protonmail.com
3  Plaintiff, pro se

4
                    **UNITED STATES DISTRICT COURT**
5                    **NORTHERN DISTRICT OF CALIFORNIA**

6  MARVELLE J. "JAY" BALLENTINE,        )  Case No. 3:25-cv-07671-CRB
                                         )
7              Plaintiff,                )  **PLAINTIFF'S CIVIL L.R. 7-11**
                                         )  **ADMINISTRATIVE MOTION TO TAKE**
8       v.                               )  **JUDICIAL NOTICE OF OVERSIGHT**
                                         )  **BOARD ANNOUNCEMENT**
9  META PLATFORMS, INC., and             )
   ACCENTURE LLP,                        )
10                                        )  Judge: Hon. Charles R. Breyer
                                         )  Date: Submitted without oral argument
11             Defendants.                )     (Civ. L.R. 7-1(b))
                                         )  Courtroom: 6, 17th Floor, San Francisco

        Plaintiff Marvelle J. "Jay" Ballentine moves under Civil L.R. 7-11 and Fed. R. Evid. 201 for an order taking judicial notice of the Oversight Board's public announcement titled "Board to Review for First Time Meta Approach to Disabling Accounts," dated January 20, 2026, which invites public comments and states the comment window closes at 23:59 PST on February 3, 2026 (the "Oversight Board Announcement"). A true and correct copy is attached as Exhibit A to the concurrently filed Ballentine Declaration.

        **Relief Requested.** Plaintiff respectfully requests that the Court take judicial notice of the existence, date, and public-comment window stated in the Oversight Board Announcement.

        **Good Cause (Civ. L.R. 7-11).** This narrowly framed request concerns a ministerial, non-dispositive matter appropriate for administrative resolution. It will aid the Court and parties by fixing the timing of a public proceeding tied to Meta's account-disablement policies and enforcement architecture—issues already in the pleadings—and does not alter existing briefing or hearing schedules.

1  **Legal Standard.** Under Fed. R. Evid. 201(b)(2), courts may take judicial notice of facts "not
2  subject to reasonable dispute" because they "can be accurately and readily determined from sources
3  whose accuracy cannot reasonably be questioned," including information published on official
4  websites. The Oversight Board's site publicly hosts the Announcement, which on its face: (i) is dated
5  January 20, 2026; (ii) invites public comments; and (iii) specifies the comment window closes at
6  23:59 PST on February 3, 2026. Judicial notice is sought solely for the existence and timing of the
7  Announcement—not for the truth of any statements therein.

8  **Relevance.** The Announcement's existence and timing are relevant to case management and
9  to the context of Plaintiff's contemporaneous public comment, which addresses the same enforcement
10 family (permanent account disablement) implicated in the pleadings and briefing. The Announcement
11 is publicly accessible on the Oversight Board's website.

13 Dated: January 29, 2026

Respectfully submitted,

/s/ Marvelle J. "Jay" Ballentine
Marvelle J. "Jay" Ballentine
Plaintiff, pro se

## PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE

19 Plaintiff requests judicial notice that (1) on January 20, 2026 the Oversight Board published
20 a news announcement titled "Board to Review for First Time Meta Approach to Disabling Accounts";
21 and (2) that announcement invites public comments and sets a public-comment window that closes
22 at 23:59 Pacific Standard Time on Tuesday, February 3, 2026. A true and correct copy is attached as
23 Exhibit A to the Ballentine Declaration.

24 Judicial notice is proper under Fed. R. Evid. 201(b)(2) because these facts can be accurately
25 and readily determined from the Oversight Board's official website. Notice is requested solely for the
26 existence and timing of the Announcement and public-comment window.

28 Dated: January 29, 2026

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/ Marvelle J. "Jay" Ballentine*
Plaintiff, pro se

- 3 -
PLAINTIFF'S CIVIL L.R. 7-11 ADMINISTRATIVE MOTION TO TAKE JUDICIAL NOTICE