Marvelle J. "Jay" Ballentine
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
(407) 794-6503
jayballentine@protonmail.com
Plaintiff, pro se

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARVELLE J. "JAY" BALLENTINE | ) | Case No. 3:25-cv-07671-CRB |
| | ) | |
| Plaintiff, | ) | **NOTICE OF PENDENCY OF OTHER** |
| vs. | ) | **ACTION OR PROCEEDING** |
| | ) | (Civil L.R. 3-13) |
| META PLATFORMS, INC., and | ) | |
| ACCENTURE LLP | ) | |
| | ) | |
| Defendant(s) | ) | |
| | ) | |
| | ) | |

Plaintiff provides notice pursuant to Civil Local Rule 3-13 that, on February 9, 2026, he filed a civil action in the United States District Court for the Middle District of Florida, captioned *Ballentine v. Accenture LLP; Devin S. Anderson; Kirkland & Ellis LLP; and Meta Platforms, Inc.*, Case No. 6:26-cv-00286-AGM-DCI.

The Florida action arises from litigation conduct and related subject matter involving certain parties in this case. This filing is made solely to memorialize the pendency of that action; Plaintiff seeks no relief by this notice.

Dated: February 9, 2026                                    Respectfully submitted,


                                                           */s/ Marvelle J. Ballentine*

                                                           Marvelle J. "Jay" Ballentine
                                                           Plaintiff, pro se