Marvelle J. "Jay" Ballentine
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
(407) 794-6503
jayballentine@protonmail.com
*Plaintiff, pro se*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELLE J. "JAY" BALLENTINE, | Case No.: 3:25-cv-07671-CRB |
| *Plaintiff,* | |
| v. | |
| META PLATFORMS, INC., and | |
| ACCENTURE LLP, | |
| *Defendants.* | |

## SUPPLEMENTAL DECLARATION OF MARVELLE J. BALLENTINE
## IN SUPPORT OF MOTION TO TRANSFER VENUE

I, Marvelle J. "Jay" Ballentine, declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Plaintiff in this action and previously submitted a declaration in support of my motion to transfer venue. (Dkt. 59-1.)

2. I submit this supplemental declaration to provide a summary exhibit organizing procedural information already reflected in the docket and in my prior declaration.

3. Attached as **Exhibit A** is a table summarizing the disposition of procedural requests made by each side during the pendency of this action.

4. The information in Exhibit A is drawn from docket entries and the record in this case. No new facts are presented; the exhibit reorganizes existing record evidence for clarity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 13, 2026

*/s/ Marvelle J. Ballentine*
MARVELLE J. "JAY" BALLENTINE
*Plaintiff, pro se*

# EXHIBIT A

## Summary of Procedural Requests and Dispositions

### Table 1: Plaintiff's Procedural Requests

| Date | Request | Docket | Disposition |
|---|---|---|---|
| Oct. 2025 | Motion to Shorten Time for Initial CMC | Dkt. 20 | Denied |
| Oct. 2025 | Motion for Preservation Order (Meta) | Dkt. 21 | Denied without prejudice |
| Oct. 2025 | Motion for Preservation Order (Accenture) | Dkt. 22 | Denied without prejudice |
| Oct. 28, 2025 | Administrative Motion for Rule 26(f) Scheduling Directive | Dkt. 36 | **Denied with prejudice** |
| Oct. 29, 2025 | Motion to Shorten Time on Administrative Motion | Dkt. 37 | **Denied with prejudice** |
| Oct. 24, 2025 | Request for Sequential Meet-and-Confer Sessions | — | Declined by Defendants |

**Dispositions:** 0 granted. 5 denied. 1 declined.

### Table 2: Defendants' Procedural Requests

| Date | Request | Docket | Disposition |
|---|---|---|---|
| Nov. 2025 | Extension of Time to File Opposition/Reply | Dkt. 49 | Granted |
| Nov. 2025 | Stipulation for Extension of Reply Deadline | Dkt. 50 | Granted |
| Nov. 2025 | Vacatur of Case Management Conference | Dkt. 51 | Granted |

**Dispositions:** 3 granted. 0 denied.

### Table 3: Hearing Schedule Changes

| Date of Change | Original Setting | New Setting | Motion or Stipulation |
|---|---|---|---|
| Jan. 20, 2026 | Jan. 30, 2026, 10:00 AM, In-Person, Courtroom 6 | Feb. 13, 2026, 10:00 AM, Zoom | **None reflected on docket** |
| Feb. 9, 2026 | Feb. 13, 2026, 10:00 AM, Zoom | Feb. 20, 2026, 10:00 AM, Zoom | **None reflected on docket** |

*Note:* Plaintiff notified the Courtroom Deputy and defense counsel in writing on January 8, 2026 that travel and lodging arrangements had been made for the January 30, 2026 in-person hearing. Plaintiff incurred non-recoverable costs as a result of the format change. (Ballentine Decl. ¶¶ 37–41.)

**Table 4: Case Status Summary**

| Metric | Status |
| --- | --- |
| Case filed | September 9, 2025 |
| Months pending | 5+ |
| Rule 26(f) conference held | **No** |
| Discovery opened | **No** |
| Case Management Conference | **Vacated; not reset** |

*— End of Exhibit A —*