Marvelle J. "Jay" Ballentine
7862 W. Irlo Bronson Memorial Hwy #82
Kissimmee, FL 34747
(407) 794-6503
jayballentine@protonmail.com
*Plaintiff, pro se*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVELLE J. "JAY" BALLENTINE, | Case No.: 3:25-cv-07671-CRB |
| *Plaintiff,* | |
| v. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| META PLATFORMS, INC., and ACCENTURE LLP. | **WITHOUT PREJUDICE** 41(a)(1)(A)(i) |
| *Defendants.* | |

---

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

### TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Plaintiff Marvelle J. "Jay" Ballentine hereby gives notice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), of the voluntary dismissal **WITHOUT PREJUDICE** of this entire action against all Defendants — Meta Platforms, Inc. and Accenture LLP.

### RULE 41(a)(1)(A)(i) BASIS

1. Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing . . . a notice of

dismissal before the opposing party serves either an answer or a motion for summary judgment."

2. No Defendant has served an answer in this action.

3. No Defendant has served a motion for summary judgment in this action.

4. The only responsive filings by any Defendant have been motions to dismiss under Federal Rule of Civil Procedure 12(b)(6). A motion to dismiss is not an answer. A motion to dismiss is not a motion for summary judgment.

5. Accordingly, Plaintiff's right to voluntary dismissal under Rule 41(a)(1)(A)(i) is absolute and self-executing.

## EFFECT OF THIS NOTICE OF DISMISSAL

6. This dismissal is **WITHOUT PREJUDICE** to the refiling of any and all claims asserted in this action, or any claims arising from the same nucleus of operative fact, in any court of competent jurisdiction.

7. This dismissal is **WITHOUT PREJUDICE** to any and all of Plaintiff's rights, claims, demands, and causes of action against any Defendant, whether or not asserted in this action.

8. This is Plaintiff's first voluntary dismissal of the claims in this action. The two-dismissal rule of Federal Rule of Civil Procedure 41(a)(1)(B) does not apply.

9. This notice of dismissal is effective upon filing. No court order is required. *Duke Energy Royal, LLC v. Pillowtex Corp.*, 349 F.3d 711, 717 (3d Cir. 2003) (a Rule 41(a)(1)(A) notice of dismissal is self-executing and "effective on filing"); *Marex Titanic, Inc. v. Wrecked & Abandoned Vessel*, 2 F.3d 544, 546 (4th Cir. 1993) (same); *Janssen v. Gannett Co.*, 44 F.3d 1394, 1398 (7th Cir. 1995) (same).

## NO WAIVER OF RIGHTS

10. Nothing in this notice constitutes, nor shall be construed as, an admission of liability or non-liability by any party, a concession on the merits of any claim or defense, a waiver of any right, claim, or cause of action, or an adjudication on the merits of any issue in this action.

11. Plaintiff expressly reserves all rights, claims, and causes of action against all Defendants, **WITHOUT PREJUDICE**, including but not limited to claims arising under 42 U.S.C. §§ 1981, 1982, 1983, and 1985(3), and any and all claims arising under applicable state law.

Dated: February 13, 2026                                  Respectfully submitted,


                                                          */s/ Marvelle J. Ballentine*
                                                          MARVELLE J. "JAY" BALLENTINE
                                                          Plaintiff, pro se
                                                          7862 W. Irlo Bronson Memorial Hwy #82
                                                          Kissimmee, FL 34747
                                                          (407) 794-6503
                                                          jayballentine@protonmail.com